UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>DESIREE GOMEZ,<br><br>             Defendant. | Case No.:  19CR2328-CAB<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO REDUCE SENTENCE [Doc. No. 41]** |

On May 19, 2020, Defendant Desiree Gomez filed a motion for sentence reduction pursuant to 18 U.S.C §3582(c)(1)(A)(i). [Doc. No. 41.] On May 21, 2020, Plaintiff United States of America filed a response. [Doc. No. 42.]  For the reasons set forth below, the motion is **DENIED WITHOUT PREJUDICE**.

18 U.S.C. Section § 3582(c)(1)(A) requires that a defendant "fully exhaust all administrative rights to appeal" before bringing a motion to the district court. A defendant is first required to make a request of the BOP to file the motion for release on the defendant's behalf.  If the BOP refuses, or does not act on the defendant's request within 30 days, the statute authorizes the defendant to file the motion with the district court.

The defendant has not demonstrated that she sought relief through the Bureau of Prisons before submitting her request directly to the court. Exhaustion is a jurisdictional

predicate to court's ability to consider the merits of the request.  The motion is **DENIED WITHOUT PREJUDICE** to reconsideration once the defendant satisfies the exhaustion requirement.

     **IT IS SO ORDERED.**

Dated:  May 21, 2020

                                                                _____
                                                                 Hon. Cathy Ann Bencivengo
                                                                 United States District Judge